# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF HUMAN SERVICES,** | : | **CIVIL ACTION NO. 1:15-CV-1169** |
| | : | |
| | : | **(Chief Judge Conner)** |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; and SYLVIA MATHEWS BURWELL, SECRETARY OF HEALTH AND HUMAN SERVICES,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 2nd day of September, 2015, upon consideration of the unopposed motion (Doc. 8) to dismiss the United States as a party to the above-captioned action, it is hereby ORDERED that the motion (Doc. 8) is GRANTED and the United States is DISMISSED as a party from this action.


/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania