# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF HUMAN SERVICES,** | : CIVIL ACTION NO. 1:15-CV-1169 |
| | : |
| | : (Chief Judge Conner) |
| **Plaintiff** | : |
| | : |
| v. | : |
| | : |
| **UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, and SYLVIA MATHEWS BURWELL, SECRETARY OF HEALTH AND HUMAN SERVICES,** | : |
| | : |
| **Defendants** | : |

## ORDER & JUDGMENT

AND NOW, this 13th day of March, 2017, upon consideration of the cross-motions (Docs. 17, 24) for summary judgment and defendants' motion (Doc. 32) to exclude plaintiff's Exhibit A, and the parties' respective briefs in support of and opposition to said motions (Docs. 18, 26, 28, 33, 35, 37), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Defendants' motions (Doc. 24, 32) for summary judgment and to exclude plaintiff's Exhibit A are GRANTED.

2. Plaintiff's motion (Doc. 17) for summary judgment is DENIED.

3. Judgment is ENTERED in favor of defendants and against plaintiff in accordance with paragraphs 1 and 2 above.

4. The Clerk of Court is directed to close this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania